**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1234**

---

KRISTIN E. SCHELIN; MARK A. WATSON,

Plaintiffs - Appellees,

v.

KARL LINARD MALLOY,

Defendant - Appellant.

---

**No. 25-1973**

---

KRISTIN E. SCHELIN; MARK A. WATSON,

Plaintiffs - Appellees,

v.

KARL LINARD MALLOY,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00477-RCY; 3:24-cv-00890-RCY)

---

Submitted:  November 25, 2025                     Decided:  December 1, 2025

---

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Karl Linard Malloy, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Karl Linard Malloy seeks to appeal the district court's orders dismissing for lack of jurisdiction his appeals from two bankruptcy court orders denying his motions for protective orders. Because the bankruptcy court's orders did not "definitively dispose of discrete disputes" in the bankruptcy case, *Ritzen Grp. Inc. v. Jackson Masonry, LLC*, 589 U.S. 35, 37 (2020), and because Malloy failed to establish that exceptional circumstances justified interlocutory appeals of these orders, the district court properly determined that it lacked jurisdiction over the appeals. Accordingly, we affirm the district court's orders. *Schelin v. Malloy*, No. 3:24-cv-00477-RCY (E.D. Va. Feb. 6, 2025); *Schelin v. Malloy*, No. 3:24-cv-00890-RCY (E.D. Va. July 18, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*